NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-7011

LARRY G. TYRUES,

Claimant-Appellant,

v.

ERIC K. SHINSEKI, Secretary of Veterans Affairs,

Respondent-Appellee.

Appeal from the United States Court of Appeals for Veterans Claims in case no. 04-584, Judge William A. Moorman.

ON MOTION

ORDER

Upon consideration of the claimant-appellant's motions for an out of time 14-day enlargement of time, until May 24, 2010, to file his reply brief,

IT IS ORDERED THAT:

The motions are granted.

FOR THE COURT

MAY 1 8 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Mark R. Lippman, Esq.
Martin F. Hockey, Jr., Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 1 8 2010

JAN HORBALY
CLERK